UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 04 B 37117
    WILLIAM HAROLD HAACK
    LORI DIANE HAACK                        CHAPTER 13

                                            JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-2065     SSN XXX-XX-6203
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/06/04 and confirmed on 11/24/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 55433.80 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICAN GENERAL FINANCE | SECURED | 800.00 | 44.55 | 800.00 |
| CITIFINANCIAL AUTO | SECURED | 18925.00 | 1281.77 | 18925.00 |
| STANDARD REGISTER FEDERA | SECURED | 11200.00 | 758.58 | 11200.00 |
| AFFILIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 675.03 | .00 | 348.83 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1642.64 | .00 | 848.86 |
| SMC | UNSECURED | 478.09 | .00 | 247.06 |
| ROUNDUP FUNDING LLC | UNSECURED | 2208.28 | .00 | 1141.16 |
| EMERGE MASTERCARD | UNSECURED | 1105.67 | .00 | 571.37 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | 286.73 | .00 | 148.17 |
| ROUNDUP FUNDING LLC | UNSECURED | 781.04 | .00 | 403.61 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 221.72 | .00 | 114.58 |
| ECAST SETTLEMENT CORP | UNSECURED | 701.26 | .00 | 362.39 |
| FIRST CONSUMERS MASTER T | UNSECURED | 1098.54 | .00 | 567.69 |
| RUSH PRESBYTERIAN ST LUK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 756.29 | .00 | 390.82 |
| SUPERIOR AIR GROUND AMBU | UNSECURED | 163.46 | .00 | 84.47 |
| ROUNDUP FUNDING LLC | UNSECURED | 1098.17 | .00 | 567.49 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| COTTONWOOD FINANCIAL LTD | UNSECURED | 422.56 | .00 | 218.36 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 40.00 | .00 | 20.67 |
| CITIFINANCIAL AUTO | UNSECURED | 5391.91 | .00 | 2786.34 |
| STANDARD REGISTER FEDERA | UNSECURED | 14067.71 | .00 | 7269.68 |
| LIGHTHOUSE FINANCIAL GRO | FILED LATE | .00 | .00 | .00 |

Summary of disbursements:

```
                     SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   30925.00         .00     31139.10         .00     62064.10
PRINCIPAL PAID       30925.00         .00     16091.55         .00     47016.55
INTEREST PAID         2084.90         .00          .00         .00      2084.90
TOTAL PAID           33009.90         .00     16091.55         .00     49101.45
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   2198.55 .

Refunds to the Debtor totaled $   1433.80 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/14/07                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 37117 WILLIAM HAROLD HAACK & LORI DIANE HAACK